[No. 34209-6-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MILO
MONTOYA ENCINAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05122-7, Joan E. Dubuque, J., entered
January 31, 1994. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Becker and Ellington, JJ.

[No. 35006-4-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE
BAIR, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-1-00279-6, David A. Nichols, J.,
entered June 20, 1994. *Affirmed in part* and *reversed in
part* by unpublished opinion per Becker, J., concurred in
by Agid and Ellington, JJ.

[No. 35068-4-I.    Division One.    December 19, 1996.]

THREE ACE CONSTRUCTION CO., INC., *Respondent*, v.
NORMA L. HALL, ET AL., *Appellants*.

NORMA L. HALL, *Individually and as Representative,
Respondent*, v. DELFIN R. ABREJERA, ET AL.,
*Defendants*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-10990-5, Michael J. Fox, J., entered July
11, 1994. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Kennedy, J., concurred in by Baker,
C.J., and Webster, J.